UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | |
| : | Case No. 21-mj-184 (ZMF) |
| **NATHANIEL DEGRAVE,** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Special Assistant United States Attorney Jessica Arco. This is notice of her appearance of behalf of the United States.

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney
NY Bar No. 4444188

By:      /s/  *Jessica Arco*
Jessica Arco
Special Assistant United States Attorney
DC Bar No. 1035204
555 4th Street NW
Washington, DC 20530
(202) 252-5198
jessica.arco2@usdoj.gov